Andrew F. Pierce, Esq. (State Bar No. 101889)
PIERCE & SHEARER LLP
2200 Geng Road, Suite 230
Palo Alto, CA 94303
Phone (650) 843-1900
Fax (650) 843-1999

Attorneys for Plaintiff
CHARLES GUENTHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES GUENTHER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, LOCKHEED MARTIN CORPORATION RETIREMENT PLAN FOR CERTAIN SALARIED EMPLOYEES, and DOES 1 through 30,<br><br>Defendants. | Case No. CV 11-00380 EJD<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>Date: August 26, 2011<br>Time: 9:00 a.m.<br>Courtroom: 1, 5th Floor<br>Judge: The Hon. Edward J. Davila |

WHEREAS this case was filed initially filed in state court; and

WHEREAS Defendants removed this case to Federal court on February 25, 2011; and

WHEREAS Plaintiff filed a First Amended Complaint on March 2, 2011; and

WHEREAS Defendants filed a Motion To Dismiss the First Amended Complaint on March 23, 2011; and

WHEREAS when this case was reassigned from Judge Koh to Judge Davila in April 2011, the hearing on the Motion To Dismiss was re-set for August 26, 2011; and

WHEREAS Plaintiff's counsel staff, when they re-calendared the hearing date, erroneously calendared it under state court law and motion rules rather than the local Federal Rules that were applicable after removal; and

WHEREAS because of this Plaintiff inadvertently failed to file a brief in opposition to the Motion To Dismiss before the August 5, 2011 deadline that was based on the August 26, 2011 hearing date; and

WHEREAS Defendants do not oppose Plaintiff having an opportunity to file an opposition brief; and

THEREFORE the parties stipulate and request that the hearing date on the Defendants' Motion To Dismiss First Amended Complaint shall be continued from August 26, 2011 to September 16, 2011 at 9:00 a.m. and that the Case Management Conference set for August 26, 2011 shall also be continued to September 16, 2011 and held directly after the hearing on the Motion To Dismiss. Subject to the Court's approval of the requested continuance, the parties agree that Plaintiff will file his opposition to the Motion To Dismiss on August 19, 2011 and Defendants will file their reply to the Motion To Dismiss on August 26, 2011.

IT IS SO STIPULATED.

Dated: August 16, 2011                PIERCE & SHEARER LLP

                                      By: /s/ Andrew F. Pierce
                                            Andrew F. Pierce
                                            Attorneys for Plaintiff

Dated: August 16, 2011                TRUCKER HUSS

                                      By: /s/ Clarissa A. Kang
                                            Clarissa A. Kang
                                            Attorneys for Defendants

IT IS SO ORDERED.
Dated: August 18, 2011                United States District Judge