R. Bradford Huss, No. 71303
Clarissa A. Kang, No. 210660
Michelle L. Schuller, No. 255787
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, CA  94104
Telephone:   (415) 788-3111
Facsimile:   (415) 421-2017
Email:        bhuss@truckerhuss.com
              ckang@truckerhuss.com
              mschuller@truckerhuss.com

Attorneys for Defendants
LOCKHEED MARTIN CORPORATION
and LOCKHEED MARTIN CORPORATION
SALARIED EMPLOYEE RETIREMENT PROGRAM
(Sued as Lockheed Martin Corporation
Retirement Plan for Certain Salaried Employees)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GUENTHER, an individual, | Case No. 5:11-CV-00380-EJD |
| Plaintiff, | |
| vs. | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES** |
| LOCKHEED MARTIN CORPORATION, LOCKHEED MARTIN CORPORATION RETIREMENT PLAN FOR CERTAIN SALARIED EMPLOYEES, and DOES 1 through 30, | |
| Defendants. | |

This Stipulation Continuing Deadline to Complete Initial Disclosures is made and entered into by and among Plaintiff Charles Guenther (the "Plaintiff") and Defendants Lockheed Martin Corporation and Lockheed Martin Corporation Salaried Employee Retirement Program (collectively, "Defendants").

Prior to reassignment to Judge Lucy Koh and subsequently to Judge Edward Davila, the Court had set April 19, 2011 as the last day to make initial disclosures required by Fed.R.Civ.P.26(a)(1). (Docket #3)  Upon reassignment, the Court did not set a new deadline for initial disclosures.  The Plaintiff and Defendants agree and believe that for purposes of time and

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES; Case No. 5:11-CV-00380-EJD
#1197553

1

efficiency, it is in the interest of all parties to continue the deadline to serve initial disclosures until fourteen (14) days after the Court issues a decision on Defendants' Motion to Dismiss the First Amended Complaint (Docket #8), which is scheduled to be heard on September 16, 2011. No other deadlines in the case would be affected.

WHEREFORE, the Parties stipulate and agree as follows:

## STIPULATION

Subject to the Court's approval of this stipulation, the deadline to complete initial disclosures shall be continued until fourteen (14) days after the Court issues a decision on Defendants' Motion to Dismiss the First Amended Complaint.

IT IS SO STIPULATED.

DATED: September 9, 2011        PIERCE & SHEARER, LLP


By: /s/ Andrew F. Pierce
    Andrew F. Pierce
    Attorneys for Plaintiff
    CHARLES GUENTHER


DATED: September 9, 2011        TRUCKER ✦ HUSS


By: /s/ Clarissa A. Kang
    Clarissa A. Kang
    Attorneys for Defendants
    LOCKHEED MARTIN CORPORATION and
    LOCKHEED MARTIN CORPORATION
    SALARIED EMPLOYEE RETIREMENT
    PROGRAM

I attest that I have obtained Mr. Pierce's concurrence in the filing of this document.

DATED: September 9, 2011

/s/Clarissa A. Kang
Clarissa A. Kang

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES; Case No. 5:11-CV-00380-EJD
#1197553

2

# [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: _____September 15_____, 2011

_____
Hon. Edward J. Davila
Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES; Case No. 5:11-CV-00380-EJD
#1197553

3