R. Bradford Huss, No. 71303
Clarissa A. Kang, No. 210660
Michelle L. Schuller, No. 255787
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, CA  94104
Telephone:     (415) 788-3111
Facsimile:      (415) 421-2017
Email:            bhuss@truckerhuss.com
                     ckang@truckerhuss.com
                     mschuller@truckerhuss.com

Attorneys for Defendants
LOCKHEED MARTIN CORPORATION
and LOCKHEED MARTIN CORPORATION
SALARIED EMPLOYEE RETIREMENT PROGRAM
(Sued as Lockheed Martin Corporation
Retirement Plan for Certain Salaried Employees)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GUENTHER, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, LOCKHEED MARTIN CORPORATION RETIREMENT PLAN FOR CERTAIN SALARIED EMPLOYEES, and DOES 1 through 30,<br><br>            Defendants. | Case No. 5:11-CV-00380-EJD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES** |

   This Stipulation Continuing Deadline to Complete Initial Disclosures is made and entered into by and among Plaintiff Charles Guenther (the "Plaintiff") and Defendants Lockheed Martin Corporation and Lockheed Martin Corporation Salaried Employee Retirement Program (collectively, "Defendants").

   Prior to reassignment to Judge Lucy Koh and subsequently to Judge Edward Davila, the Court had set April 19, 2011 as the last day to make initial disclosures required by Fed.R.Civ.P.26(a)(1). (Docket #3)  Upon reassignment, the Court did not set a new deadline for initial disclosures.  The Plaintiff and Defendants agree and believe that for purposes of time and

efficiency, it is in the interest of all parties to continue the deadline to serve initial disclosures until fourteen (14) days after the Court issues a decision on Defendants' Motion to Dismiss the First Amended Complaint (Docket #8), which is scheduled to be heard on September 16, 2011.  No other deadlines in the case would be affected.

WHEREFORE, the Parties stipulate and agree as follows:

## STIPULATION

Subject to the Court's approval of this stipulation, the deadline to complete initial disclosures shall be continued until fourteen (14) days after the Court issues a decision on Defendants' Motion to Dismiss the First Amended Complaint.

IT IS SO STIPULATED.

DATED: September 9, 2011        PIERCE & SHEARER, LLP

                                By: /s/ Andrew F. Pierce
                                    Andrew F. Pierce
                                    Attorneys for Plaintiff
                                    CHARLES GUENTHER

DATED: September 9, 2011        TRUCKER ✦ HUSS

                                By: /s/ Clarissa A. Kang
                                    Clarissa A. Kang
                                    Attorneys for Defendants
                                    LOCKHEED MARTIN CORPORATION and
                                    LOCKHEED MARTIN CORPORATION
                                    SALARIED EMPLOYEE RETIREMENT
                                    PROGRAM

I attest that I have obtained Mr. Pierce's concurrence in the filing of this document.

DATED: September 9, 2011
                                /s/Clarissa A. Kang
                                Clarissa A. Kang

# [~~PROPOSED~~] ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: __September 15__, 2011

_____
Hon. Edward J. Davila
Judge of the United States District Court

Trucker ♦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES; Case No. 5:11-CV-00380-EJD
#1197553

3