R. Bradford Huss, No. 71303
Clarissa A. Kang, No. 210660
Michelle L. Schuller, No. 255787
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111-3617
Telephone:      (415) 788-3111
Facsimile:       (415) 421-2017
Email:             bhuss@truckerhuss.com
                       ckang@truckerhuss.com
                       mschuller@truckerhuss.com

Attorneys for Defendants
LOCKHEED MARTIN CORPORATION
and LOCKHEED MARTIN CORPORATION
SALARIED EMPLOYEE RETIREMENT PROGRAM
(Sued as Lockheed Martin Corporation
Retirement Plan for Certain Salaried Employees)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GUENTHER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, LOCKHEED MARTIN CORPORATION RETIREMENT PLAN FOR CERTAIN SALARIED EMPLOYEES, and DOES 1 through 30,<br><br>Defendants. | Case No. 5:11-CV-00380-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO COMPLETE ADR SESSION** |

This Stipulation to Continue Deadline to Complete ADR Session is made and entered into by and among Plaintiff Charles Guenther (the "Plaintiff") and Defendants Lockheed Martin Corporation and Lockheed Martin Corporation Salaried Employee Retirement Program (collectively, "Defendants").

The Court in its September 15, 2011 Order Selecting ADR Process (Doc. No. 31) set the deadline for holding the ADR session 90 days from the date of its order, and thus, such deadline is December 14, 2011.  The Plaintiff and Defendants agree and believe that for purposes of efficiency and conservation of party and judicial resources, it is in the interests of all parties to continue this

ADR deadline until sixty (60) days after the Court issues a decision on Defendants' Motion to Dismiss (Docket No. 14), which was heard on September 16, 2011 and is now pending. No other deadlines in the case would be affected.

WHEREFORE, the parties stipulate and agree as follows:

## STIPULATION

Subject to the Court's approval of this stipulation, the deadline to complete the ADR session shall be continued until sixty (60) days after the Court issues a decision on Defendants' Motion to Dismiss.

IT IS SO STIPULATED.

DATED: December 7, 2011          PIERCE & SHEARER, LLP

                      By: /s/Andrew F. Pierce
                      Andrew F. Pierce
                      Attorneys for Plaintiff
                      CHARLES GUENTHER

DATED: December 7, 2011          TRUCKER ✦ HUSS

                      By: /s/Clarissa A. Kang
                      Clarissa A. Kang
                      Attorneys for Defendants
                      LOCKHEED MARTIN CORPORATION and
                      LOCKHEED MARTIN CORPORATION
                      SALARIED EMPLOYEE RETIREMENT
                      PROGRAM

I attest that I have obtained Mr. Pierce's concurrence in the filing of this document.

DATED: December 7, 2011
                      /s/Clarissa A. Kang
                      Clarissa A. Kang

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: __December 8__, 2011

_____
Hon. Edward J. Davila
Judge of the United States District Court