1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12 CHARLES GUENTHER,                                    Case No. 5:11-cv-00380 EJD

13              Plaintiff(s),                    **PRETRIAL ORDER**
                                                **(BENCH)**
14        v.

15 LOCKHEED MARTIN CORPORATION,
   et. al.,
16
                Defendant(s).
17 _____/

18
19        On May 17, 2013, the parties appeared before Judge Edward J. Davila for a Preliminary

20 Pretrial Conference.  Based on the parties' Joint Preliminary Pretrial Conference Statement (see

Docket Item No. 49) and the discussions held at the conference,
21
        IT IS HEREBY ORDERED that the following schedule shall apply to this case:
22

23
| EVENT | DATE |
|---|---|
| Hearing on Defendants' Motion for Partial Summary Judgment (Docket Item No. 50) *Advanced from 10/4/13* | 9:00 a.m. on 7/5/13 |
| Hearing on Anticipated Cross-Motions for Summary Judgment *Motions filed in accordance with Civil Local Rule 7* | 9:00 a.m. on 9/27/13 |

24
25
26
27
28

1

| Final Pretrial Conference | 11:00 a.m. on 11/15/13 |
|---|---|
| Joint Final Pretrial Conference Statement and Motions *in Limine* | 11/1/13 |
| Proposed Findings of Fact and Conclusions of Law | 11/8/13 |
| Bench Trial | 9:00 a.m. on 11/26/13 (full day) |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re:
Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from
the Clerk of the Court,[1] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated:  May 17, 2013



EDWARD J. DAVILA
United States District Judge

---

[1]      A copy of Judge Davila's standing order is also available on the court's website at
www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on
the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial
Preparation."

2

Case No. 5:11-cv-00380 EJD
PRETRIAL ORDER (BENCH)