UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES GUENTHER,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>LOCKHEED MARTIN CORPORATION, et. al.,<br><br>　　　　　Defendant(s).<br>_____/ | Case No. 5:11-cv-00380 EJD<br><br>**PRETRIAL ORDER<br>(BENCH)** |

On May 17, 2013, the parties appeared before Judge Edward J. Davila for a Preliminary Pretrial Conference. Based on the parties' Joint Preliminary Pretrial Conference Statement (see Docket Item No. 49) and the discussions held at the conference,

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Hearing on Defendants' Motion for Partial Summary Judgment (Docket Item No. 50)<br>*Advanced from 10/4/13* | 9:00 a.m. on 7/5/13 |
| Hearing on Anticipated Cross-Motions for Summary Judgment<br>*Motions filed in accordance with Civil Local Rule 7* | 9:00 a.m. on 9/27/13 |

1

Case No. 5:11-cv-00380 EJD
PRETRIAL ORDER (BENCH)

| Final Pretrial Conference | 11:00 a.m. on 11/15/13 |
|---|---|
| Joint Final Pretrial Conference Statement and Motions *in Limine* | 11/1/13 |
| Proposed Findings of Fact and Conclusions of Law | 11/8/13 |
| Bench Trial | 9:00 a.m. on 11/26/13 (full day) |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[1] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated:  May 17, 2013



EDWARD J. DAVILA
United States District Judge

---

[1]  A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."