*E-FILED: July 15, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES GUENTHER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOCKHEED MARTIN CORPORATION; LOCKHEED MARTIN CORPORATION RETIREMENT PLAN FOR CERTAIN SALARIED EMPLOYEES; and DOES 1 through 30,<br><br>　　　　Defendants.<br>_____/ | No. C11-00380 EJD (HRL)<br><br>**ORDER RE DISCOVERY DISPUTE JOINT REPORT #1**<br><br>[Re: Docket No. 60] |

In Discovery Dispute Joint Report (DDJR) #1, plaintiff seeks an order compelling defendants to respond to his requests for documents and for Fed. R. Civ. P. 30(b)(6) depositions. There is, however, a threshold issue whether discovery should be allowed at all in this case. Generally, that is a decision for the presiding judge to make. Moreover, in this case that issue apparently turns on the parties' disagreement over the proper standard of review of plaintiff's claims. This court is told that defendants have a pending summary judgment motion addressing that issue. Accordingly, plaintiff's request to compel discovery is denied as premature. The denial is without prejudice, depending on what the presiding judge decides.

SO ORDERED.

Dated: July 15, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-00380-EJD Notice has been electronically mailed to:

Andrew Field Pierce     apierce@pierceshearer.com, christina@pierceshearer.com, gretchen@pierceshearer.com, kimberly@pierceshearer.com, lauren@pierceshearer.com, scott@pierceshearer.com

Benjamin P Quest     bquest@truckerhuss.com

Clarissa A. Kang     ckang@truckerhuss.com, agarrett@truckerhuss.com, bwilliams@truckerhuss.com, mbresso@truckerhuss.com, mfernandez@truckerhuss.com, mschuller@truckerhuss.com, pmahoric@truckerhuss.com, ssimon@truckerhuss.com

R. Bradford Huss     bhuss@truckerhuss.com, agarrett@truckerhuss.com, bwilliams@truckerhuss.com, mbresso@truckerhuss.com, mfernandez@truckerhuss.com, mlewis@truckerhuss.com, pmahoric@truckerhuss.com, ssimon@truckerhuss.com, vperkins@truckerhuss.com