IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES GUENTHER,<br><br>               Plaintiff(s),<br>  v.<br><br>LOCKHEED MARTIN CORPORATION, et. al.,<br><br>               Defendant(s). | CASE NO. 5:11-cv-00380 EJD<br><br>**ORDER CLARIFYING DEADLINE TO FILE DISPOSITIVE MOTIONS** |

On May 20, 2013, the court issued a Pretrial Order which scheduled, inter alia, a hearing date of September 27, 2013, for cross-motions for summary judgment. See Docket Item No. 54. In setting this date, it was the court's intention that the currently-submitted Motion concerning the applicable standard of review would be decided *before* the parties filed further summary judgment motions.

Accordingly, the court clarifies that the deadline for filing dispositive motions for hearing on September 27, 2013, is **August 23, 2013.**

**IT IS SO ORDERED.**

Dated: July 17, 2013

EDWARD J. DAVILA
United States District Judge