R. Bradford Huss, No. 71303
Clarissa A. Kang, No. 210660
Blake E. Williams, No. 233158
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
Email: bhuss@truckerhuss.com
ckang@truckerhuss.com
bwilliams@truckerhuss.com

Attorneys for Defendants
LOCKHEED MARTIN CORPORATION
and LOCKHEED MARTIN CORPORATION
SALARIED EMPLOYEE RETIREMENT PROGRAM
(Sued as Lockheed Martin Corporation
Retirement Plan for Certain Salaried Employees)

Andrew F. Pierce, Esq. (State Bar No. 101889)
PIERCE & SHEARER LLP
2200 Geng Road, Suite 230
Palo Alto, CA 94303
Telephone: (650) 843-1900
Facsimile: (650) 843-1999
Email: apierce@pierceshearer.com

Attorneys for Plaintiff
CHARLES GUENTHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| CHARLES GUENTHER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, LOCKHEED MARTIN CORPORATION RETIREMENT PLAN FOR CERTAIN SALARIED EMPLOYEES, and DOES 1 through 30,<br><br>Defendants. | Case No. 5:11-CV-00380-EJD<br><br>**STIPULATION TO CONTINUE PRETRIAL DEADLINES; [PROPOSED] ORDER**<br><br>Location: San Jose, Courtroom 4, 5th Floor<br>Judge: Hon. Edward J. Davila<br>Pretrial<br>Conference: November 15, 2013<br>Time: 11:00 a.m. |

1  WHEREAS, the Court's May 17, 2013 Pretrial Order (Docket #54) set deadlines for a Final
2  Pretrial Conference on November 15, 2013; Joint Final Pretrial Conference Statement and Motions
3  in Limine on November 1, 2013; Proposed Findings of Fact and Conclusions of Law on
4  November 8, 2013; and Bench Trial on November 26, 2013;

5  WHEREAS, on October 25, 2013 the Parties filed a stipulation (Docket #85) with the Court
6  to continue the trial date in this matter until the Court has ruled on Defendants' Motion for
7  Summary Judgment (Docket #64) currently pending before the Court;

8  WHEREAS, on October 28, 2013, the Court ordered (Docket #86) the trial date in this
9  matter continued until at least 45 days after the Court has decided Defendants' Motion for
10 Summary Judgment;

11 WHEREAS, the Parties' stipulation continuing trial and the Court's October 28, 2013
12 Order did not specifically continue all pretrial dates and deadlines previously set by the Court, the
13 Federal Rules of Civil Procedure, and the Local Rules;

14 WHEREAS, the Parties wish to continue all pretrial deadlines and dates until after the
15 Court has decided Defendants' Motion for Summary Judgment and has set a new date for trial in
16 this matter, if a trial is necessary.

17 THEREFORE, the Parties hereby stipulate to the continuance of all pretrial dates and
18 deadlines currently set in this action, including but not limited to the following deadlines:

19 - November 1, 2013 deadline to file the Joint Final Pretrial Conference Statement;
20 - November 1, 2013 deadline to file Motions in Limine;
21 - November 1, 2013 deadline for the Parties to exchange exhibits;
22 - November 5, 2013 deadline to file Oppositions to Motions in Limine;
23 - November 8, 2013 deadline to file Proposed Findings of Fact and Conclusions of Law
24 - November 15, 2013 Final Pretrial Conference;
25 - November 19, 2013 deadline to submit trial briefs.

26 Each of these pretrial dates and deadlines shall be continued until after the Court's ruling on the
27 Motion for Summary Judgment, and will be reset by the Court if trial remains necessary in this
28 action. Any additional dates or deadlines related to trial in this matter set by Order of this Court,

1 by the Local Rules, or by the Federal Rules of Civil Procedure not specifically enumerated above

2 shall also be continued until after the Court's ruling on the Motion for Summary Judgment.

3 DATED: November 1, 2013

4                                            TRUCKER ✦ HUSS

5

6                                            By:/s/Clarissa A. Kang
                                                 Clarissa A. Kang
                                                 Attorneys for Defendants

7                                                  LOCKHEED MARTIN CORPORATION
                                                 and LOCKHEED MARTIN

8                                                  CORPORATION SALARIED EMPLOYEE
                                                 RETIREMENT PROGRAM

9

10                                            PIERCE & SHEARER, LLP

11

12 DATED: November 1, 2013                By:/s/Andrew F. Pierce
                                                       Andrew F. Pierce

13                                                        Attorneys for Plaintiff
                                                     CHARLES GUENTHER

14

15     I attest that I have obtained Mr. Pierce's concurrence in the filing of this document.

16 DATED: November 1, 2013

17                                            TRUCKER ✦ HUSS

18

19                                            By: /s/Clarissa A. Kang
                                                 Clarissa A. Kang
                                                 Attorneys for Defendants

20                                                  LOCKHEED MARTIN CORPORATION
                                                 and LOCKHEED MARTIN

21                                                  CORPORATION SALARIED EMPLOYEE
                                                 RETIREMENT PROGRAM

22

23

24

25

26

27

28

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

All pretrial dates and deadlines in this action, including but not limited to the following deadlines, shall be continued until after the Court has ruled upon Defendants' Motion for Summary Judgment:

- November 1, 2013 deadline to file the Joint Final Pretrial Conference Statement;
- November 1, 2013 deadline to file Motions in Limine;
- November 1, 2013 deadline for the Parties to exchange exhibits;
- November 5, 2013 deadline to file Oppositions to Motions in Limine;
- November 8, 2013 deadline to file Proposed Findings of Fact and Conclusions of Law
- November 15, 2013 Final Pretrial Conference;
- November 19, 2013 deadline to submit trial briefs.

These dates and deadlines will only be reset by the Court if trial remains necessary in this action. Any additional dates or deadlines related to trial in this matter set by Order of this Court, by the Local Rules, or by the Federal Rules of Civil Procedure not specifically enumerated above shall also be continued until after the Court's ruling on the Motion for Summary Judgment.

DATED: 11/5/2013

HONORABLE EDWARD J. DAVILA
Judge of the United States District Court